**Memorandum of Judgment**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

In re:

Gluth Bros. Construction, Inc.,
    Debtor

---

Charles Dixon and Charles Graber, Jr. not in their individual capacities, but solely as Trustees of the Gluth Bros. Construction, Inc. Creditor Trust,
    Plaintiffs,

    v.

Frank Gluth,
    Defendant.

09 A 96131

Recorder's Stamp

**Memorandum of Judgment**

An Amended Judgment was entered on September 14, 2010 in favor of **Plaintiff, Charles Dixon and Charles Graber, Jr. not in their individual capacities, but solely as Trustees of the Gluth Bros. Construction, Inc. Creditor Trust** and against **Defendant, Frank Gluth** in the United States Bankruptcy Court for the Northern District of Illinois, Western Division (**Case No. 09-A-96131**); the total amount of the Judgment is now **$2,593,970.70**, excluding accrued post-judgment interest, and the entire amount of the Judgment and the accrued, and accruing, post-judgment interest, remains due and owing. Defendant Frank Gluth's last known address is **14211 Davis Road, Woodstock, Illinois 60098, PIN #12-13-200-012**.

Attorneys for Plaintiffs:
Aaron L. Hammer (No. 6243069)
John T. Shapiro (No. 6207791)
Shira R. Isenberg (No. 6279718)
Brian J. Jackiw (No. 6296807)
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Phone: (312) 360-6000
Facsimile: (312) 360-6596

ENTERED: SEP 14 2010

JUDGE: